CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEC 20  3 11 PM '01

Grand Jury No. B-00-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:01cr292(SRU) |
| | : | |
| v. | : | |
| | : | 21 U.S.C. §§ 846, 841(b)(1)(B) |
| PATRICE ST. SURIN | : | (conspiracy to distribute and |
|     a/k/a "Patrick", | : | possess with intent to distribute |
|     a/k/a "Watty Wat"; | : | cocaine and cocaine base) |
| THOMAS HOLMAN, | : | |
|     a/k/a "Uno"; | : | |
| KENDAL MULLINS, | : | |
|     a/k/a "K-Nice"; | : | |
| THOMAS FAGAN; | : | |
| JOSEPH DARDEN; | : | |
| JEFFREY LOCKHART; | : | |
| LAMONT BROWN, | : | |
|     a/k/a "L". | : | |

**INDICTMENT**

The Grand Jury charges that:

COUNT ONE

From sometime in or about 1998, the exact date to the Grand Jury unknown, up to and including approximately August 7, 2001, in the District of Connecticut and elsewhere, the defendants, PATRICE ST. SURIN, a/k/a "Patrick", a/k/a "Watty Wat"; THOMAS HOLMAN, a/k/a "Uno"; KENDAL MULLINS, a/k/a "K-Nice"; THOMAS FAGAN; JOSEPH DARDEN; JEFFREY LOCKHART; and LAMONT BROWN, a/k/a "L"; together with Ernest Eugene Weldon, a/k/a "Gene", a/k/a "Mean Gene", a/k/a "Mean One", and Adam Sanders, a/k/a "A.D.", did knowingly and intentionally combine, conspire, confederate and agree together, and with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute five (5) grams or more of cocaine base

and five hundred (500) grams or more of cocaine, Schedule II controlled substances, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

A TRUE BILL

_____
FOREPERSON

_____
JOHN A. DANAHER III
UNITED STATES ATTORNEY

_____
PETER D. MARKLE
CHIEF, OCDETF

_____
ROBERT M. APPLETON
ASSISTANT UNITED STATES ATTORNEY

_____
BRIAN E. SPEARS
ASSISTANT UNITED STATES ATTORNEY

I hereby certify that the foregoing is a true copy of the original document on file. Date: DEC 2 0 2001
KEVIN F. ROWE
Clerk
by _____
Deputy Clerk